STATE OF GEORGIA
FAYETTE COUNTY

# SETTLEMENT AGREEMENT

THIS AGREEMENT, made and entered into this _____ day of January, 2023 between David and Heather Kinsinger, individually and as parents of K.K. (the "Undersigned") and the Fayette County School District, Jonathan Patterson, Rosalind Gwin and Erinn Angelo (the "Defendants") in consideration of the mutual covenants set forth below, is as follows:

1. FOR AND IN CONSIDERATION of the total sum of Three Hundred Thirty-Two Thousand Dollars and No Cents ($332,000.00) and other consideration including a letter to the Plaintiffs considering the subject matter of the below referenced Civil Action, with the payment with such sums made payable to "Zimring Law Firm Trust Account on behalf of David and Heather Kinsinger, individually and as next friends for K.K.," the receipt of which is hereby acknowledged, and the mutual covenants set forth below, the Undersigned do hereby release, remise and forever acquit the Fayette County School District, the Fayette County Board of Education and each and all of its past and present board members, agents, servants, attorneys and employees, including but not limited to Defendants Jonathan Patterson, Rosie Gwin and Erinn Angelo, both in their official and individual capacities, and the Georgia School Boards Association Risk Management Fund and each and all of its directors, officers, agents and employees (hereinafter the "Fund") of and from any and all rights, demands, damages, claims, suits, actions or causes of action, both in tort and in contract, known or unknown, existing, pending, accrued or unaccrued as of the date of this Agreement and including, but not limited to, any rights, demands, damages, claims, suits, actions, or causes of action, growing out of or any way related to the incidents referenced in the Complaint entitled KINSINGER v. FAYETTE COUNTY SCHOOL DISTRICT, et al., Civil Action File No. 3:22-cv-00040-TCB ("Complaint") and their children's education in the Fayette County School District. The Undersigned hereby release any and all claims they may have for compensatory damages, pain and suffering, emotional distress, punitive damages, attorney's fees, costs or any and all other items of loss or damages which could be asserted in connection with the incidents referenced in the Complaint and their children's education in the Fayette County School District, up to and through the date of this Agreement.

2. The Undersigned and the Defendants do hereby release, settle and extinguish forever all claims which were asserted or which could have been asserted, whether known or unknown, accrued or unaccrued as of the date of this Agreement in that certain lawsuit filed in the United States District Court for the Northern District of Georgia, Newnan Division, and entitled KINSINGER v. FAYETTE COUNTY SCHOOL DISTRICT, et al., Civil Action File No. 3:22-cv-00040-TCB. The Undersigned specifically authorizes their attorney of record to file a Stipulation of Dismissal with Prejudice of all claims asserted in the above-described lawsuit. The Undersigned agrees to pay their own attorney's fees and costs arising from the lawsuit.

3. The Fayette County School District agrees to send to David and Heather Kinsinger the letter attached to this Agreement and marked as Exh. A. The School District further agrees to a Joint

Motion to approve the Settlement, which will be filed by jointly and by consent, attached this Agreement as an exhibit for review by the Court.

4. The Fayette County School District and the Fund, in order to ensure the permanency of this Agreement seeks that the Plaintiffs as to any claims brought for K.K. seek Court approval of the Agreement under O.C.G.A. §29-3-3 (2022), and David and Heather Kinsinger having agreed to such motion have identified allocations of such funds among the claims, fees, costs of alternative education, and damages, this Agreement and its release are contingent on such Court approval and Order.

5 . Nothing in this Agreement, or in the settlement of the civil action including the putative motion for approval, grants or establishes any further rights to the Plaintiffs, Fayette County School District, the Fund, or any personal Defendant in said civil action, or their counsel, after the exchange of payment and consideration in the management or handling of any of the settlement amounts, or the education of the Kinsinger children including K.K., or the allows Defendants or Plaintiffs any right to make any claim or take any action in regard to such proceeds except such actions necessary to the Court's consideration of the proposed order of dismissal and to enforce the final resolution of the Civil Action.

6 . This Agreement is to settle a disputed claim and for no other purpose. The Undersigned agrees, understands, and acknowledges, that the Parties released hereby recognize, admit, or acknowledge no liability whatsoever to the Undersigned and, further, that the Parties released hereby specifically deny any such liability. Neither this Agreement nor any provision hereunder is to be construed as an admission of liability on the part of the Parties released.

7. The Undersigned agrees to pay their own attorney's fees and costs arising from the lawsuit described above. In entering into this Agreement, the Undersigned represents that they have relied upon the legal advice of their attorney who is the attorney of their own choice, and that the terms of this Agreement have been completely read and explained to them by their attorney and that those terms are fully understood and voluntarily accepted by them.

6. The Undersigned understands and agrees that they are fully responsible for any and all of the federal, state and local taxes and social security payments, if any, owed on the sums paid under this Agreement. The parties to this Agreement acknowledge that no tax advice has been given, received or relied upon by any party to the other regarding any aspect of this Agreement.

7. The Undersigned hereby warrants, covenants, and represents that prior to the execution of this Agreement they have not conveyed, transferred, pledged, hypothecated, or in any other manner whatsoever assigned or encumbered any of the rights, demands, damages, claims, suits, actions or causes of action released herein.

8. This Agreement contains the entire agreement between the Parties and shall be binding and inure to the benefit of the executors, administrators, representatives, successors and assigns of all parties hereto.

Executed under hand and seal of the Undersigned this _____ day of January, 2023.



_____________________________________

By: ________________________________
David Kinsinger

________________________________
Heather Kinsinger

This Release has been read, approved and the signature above witnessed by the undersigned attorney.

________________________________
Jonathan Zimring, ZIMRING LAW FIRM

************************************

FAYETTE COUNTY SCHOOL DISTRICT

By: ________________________________
Dr. Jonathan Patterson, Superintendent

________________________________
Rosalind Gwin

________________________________
Erinn Angelo

This Release has been read, approved and the signature above witnessed by the undersigned attorney.

HARBEN, HARTLEY & HAWKINS, LLP

________________________________
Hieu M. Nguyen, Attorney for Defendants

**SETTLEMENT LETTER:** BY PATTERSON FOR ALL DEFENDANTS LETTERHEAD, MANUAL SIGNATURE

EXHIBIT A TO SETTLEMENT AGREEMENT:

January x, 2023

Dear Mr. and Mrs. Kinsinger:

I write concerning K.K., David Kinsinger and Heather Kinsinger v. Fayette County Sch. Dist., Patterson, Gwin, and Angelo, No.: 3:22-cv-00040 TCB, as part of the resolution of this case.

You were made the subject of a criminal complaint to the Peachtree City Police, which was subsequently dismissed after the law enforcement investigation. I am sorry that this situation caused your family distress. I also regret that you felt that the District did not serve your children's educational needs as much as you would have liked.

I wish you and your family all the best moving forward.

Very truly,
*Hand signed*
Dr. Jonathan S. Patterson
Superintendent Fayette County Schools

C: Ms. Rosalind Gwin, Ms. Erinn Angelo