IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| K.K. THROUGH HEATHER KINSINGER AND DAVID KINSINGER, AND HEATHER AND DAVID KINSINGER,<br><br>Plaintiffs,<br><br>v.<br><br>FAYETTE COUNTY SCHOOL DIST., JONATHAN PATTERSON, ROSALIND GWIN AND ERINN ANGELO,<br><br>Defendants | CIVIL ACTION FILE<br>No.: 3:22-cv-00040-TCB<br><br><br>Jury Demand |

## ORDER

This case comes before the Court after the entry of a stay to allow mediation and the subsequent consent motion of the Parties to lift the stay and approve and allow the settlement of this case involving multiple parties, claims and defenses including those of a minor child represented by her parents. See O.C.G.A. § 29-3-3 (2022).

The Court has managed and reviewed the complaint and answer, the course of the litigation, the claims and defenses, and the motion for approval of the settlement and the putative Settlement Agreement. Based on this review and the consent and agreement of the Parties, the Court finds that the gross amount of a multi-party settlement involving costs and fees, reimbursements for education and

other services for the minor child and other children of the Plaintiff parents, with an additional direct allocation of $20,000.00 to a fund for the plaintiff K.K. a minor child, is fair and reasonable and in the minor's best interest, as well as the interests of all the parties before the Court, and THEREFORE the Court lifts the stay, and the parents as next friends are authorized to compromise the disputed claims of the minor child under these terms and as set out in the Settlement Agreement, and all parties may enter and execute the Settlement Agreement, and that this civil action may be ended and resolved under the terms of the Settlement Agreement resulting in a final agreement, release and dismissal with prejudice of the pending civil matter.

IT IS SO ORDERED this the 24th day of January 2023.

_____
Timothy C. Batten, Sr.
Chief United States District Judge