IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| K.K. THROUGH HEATHER KINSINGER AND DAVID KINSINGER, AND HEATHER AND DAVID KINSINGER,<br><br>    Plaintiffs,<br><br>v.<br><br>FAYETTE COUNTY SCHOOL DIST., JONATHAN PATTERSON, ROSALIND GWIN AND ERINN ANGELO,<br><br>    Defendants | CIVIL ACTION FILE<br>No.: 3:22-cv-00040-TCB<br><br><br>Jury Demand |

## DISMISSAL OF ACTION WITH PREJUDICE

COME NOW Plaintiffs K.K. through Heather Kinsinger and David Kinsinger, and David and Heather Kinsinger personally, and with the stipulation and agreement of the Defendants the Fayette County School District, Jonathan Patterson, Rosalind Gwin and Erinn Angelo, pursuant to Fed. R. Civ. P. 41, and after the entry of the Order of the Court dated January 24, 2023, Doc 63, approving and allow the entry of the Settlement Agreement, and the parties having then executed said Agreement, do pursuant to the terms of the Settlement Agreement, dismiss this case with *prejudice.* Each party has agreed to carry and bear their own costs and fees.

Respectfully submitted, this the 22nd day of February 2023.

                                **_By:_**    **_s/Jonathan A. Zimring_**
                                         Jonathan A. Zimring
                                         Georgia Bar No. 785250

Zimring Law Firm
1425A Dutch Valley Place
Atlanta, Georgia 30324
(404)607-1600 (ext 7001)
Zimring@zlawyers.com
*ATTORNEYS FOR PLAINTIFFS*

Stipulated to:

*s/ Hieu M. Nguyen*
Hieu M. Nguyen
Georgia Bar No. 382526
HARBEN, HARTLEY & HAWKINS, LLP
340 Jesse Jewell Parkway, Suite 750
Gainesville, Georgia 30501
Telephone: (770) 534-7341
Facsimile: (770) 532-0399
Email: hnguyen@hhhlawyers.com
*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF COMPLIANCE

      The undersigned states this pleading complies with the Court's font and size requirements, using Times New Roman 14.

      DATED: This the 22nd day of February 2023.

                                          Respectfully submitted,
                                          ***s/Jonathan A. Zimring***
                                          Jonathan A. Zimring

Zimring Law Firm                       Georgia Bar No. 785250
1425A Dutch Valley Place
Atlanta, Georgia 30324
(404)607-1600 (ext 7001)
Zimring@zlawyers.com,
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

This is to certify that I have on this day served via email prefiling and through filing with CM/ECF upon counsel for defendant:

    Hieu M. Nguyen, ESQ.,
    HARBEN, HARTLEY, & HAWKINS, LLP
    Gainesville, Georgia 30501

DATED: This the 22nd day of February 2023.

                                  Respectfully submitted,
                                  ***s/Jonathan A. Zimring***
                                  Jonathan A. Zimring

Zimring Law Firm                      Georgia Bar No. 785250
1425A Dutch Valley Place
Atlanta, Georgia 30324
(404)607-1600 (ext 7001)
Zimring@zlawyers.com
*Attorneys for Plaintiffs*